IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - CV - 01921-OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT – 4 2005

GREGORY C. LANGHAM
CLERK

MATTHEW ROMERO #1444801,

   Plaintiff,

v.

GOVERNOR BILL OWENS,
MAYOR HICKENLOOPER,
FRED J. OLIVA,
DR. PETER CRUM, M.D.,
BETH LINDROOS, H.S.A.,
DR. HIRSH COMPLETE MEDICAL STAFF JOHN DOE AND JANE DOE 1-100,
FRANKIE JOHNSON, Kitchen Steward,
SHERRIFF [sic] LOPEZ LAW LIB.,
SHERRIFF [sic] PEREZ,
SHERRIFF [sic] MASSEY,
SHERRIFF [sic] COLBURN,
MAJOR WILSON,
SGT. BROWN,
CHIEF FOOS,
NURSE MISTY,
NURSE DORIS,
NURSE ISABELLE,
NURSE HENRY,
NURSE JACK,
NURSE HENRY,
NURSE YVONNE,
NURSE DORIS,
NURSE KATHLEEN,
NURSE SERGENE,
SHERRIFF [sic] ORITZ,
DR. HIGGINS,
SGT. CLARK MARTIN,
SHERRIFF [sic] JORDAN,
DEPUTY MCKALE,
SHERRIFF [sic] VOGAL,
SHERRIFF [sic] SMITH,

NURSE MITCHEL, and
SHERRIFF [sic] GARCIA,

        Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the documents is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   \_\_   is not submitted
(2)   \_\_   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   \_\_   is missing required financial information
(5)   \_\_   is missing an original signature by the prisoner
(6)   \_\_   is not on proper form (must use the court's current form)
(7)   \_\_   names in caption do not match names in caption of complaint, petition or habeas application
(8)   \_\_   An original and a copy have not been received by the court.
           Only an original has been received.
(9)   \_\_   other _____

**Complaint, Petition or Application:**
(10)   xx   is not submitted
(11)   \_\_   is not on proper form (must use the court's current form)
(12)   \_\_   is missing an original signature by the prisoner

(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 4 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 01921-OES

Matthew Romero
Prisoner No.
DCJ
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 10/4/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk